1  CHRIS A. HOLLINGER (S.B. ##147637)
   chollinger@omm.com
2  SARAH A. STOFFERAHN (S.B. #241827)
   sstofferahn@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, CA 94111-3823
5  Tel: (415) 984-8700
   Fax: (415) 984-8701

   Attorneys for Defendant,
7  ARISE VIRTUAL SOLUTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA PERRY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC; and ARISE VIRTUAL SOLUTIONS INC.,<br><br>Defendants. | Case No. C 11-01488 SI<br><br>**DECLARATION OF RIA MASON IN SUPPORT OF DEFENDANT ARISE VIRTUAL SOLUTIONS INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR IMPROPER VENUE UNDER FED. R. CIV. P. 12(b)(3), OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>Hearing Date: August 12, 2011<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

I, Ria Mason, declare and state as follows:

1. I am submitting this Declaration in support of the motion to dismiss for improper venue, or, in the alternative, to transfer, filed by Defendant Arise Virtual Solutions, Inc. ("Arise") in the above-captioned action. I make this Declaration based upon my personal knowledge and review of various Arise business records, and if called as a witness, I could and would competently testify to the matters herein.

2. I am employed by Arise Virtual Solutions Inc. ("Arise") as Senior Specialist, Contracting. I have been employed by Arise in this or related positions, with the same essential duties, since July of 2009.

3. In this position, I am involved in the process of drafting, executing, and terminating the contracts that govern the relationship between Arise and the Virtual Services Corporations ("VSCs") that provide customer service to Arise's clients, such as AT&T Mobility ("AT&T"). Since January 2010, I have handled the contracts relating to those VSCs who provide services for Arise's client AT&T.

4. Arise contracts with VSCs, pursuant to a Master Services Agreement ("MSA") to provide customer services to Arise's clients, such as AT&T, from remote locations that the VSCs establish as their place of business. VSCs engage customer service professionals, called Arise Certified Professionals ("ACPs"), to provide these services. Arise certifies to its clients that ACPs are certified to, among other things, handle client customer information securely. Arise contracts only with VSCs that have as their principal owners individuals who are ACPs themselves.

5. Arise enters into a MSA with each VSC that provides services to Arise's clients. Arise also enters into contracts with VSCs called a Statement of Work to the Arise-Virtual Services Corporation Master Services Agreement ( "SOW"). The SOW sets forth the obligations of Arise and the VSC as they relate to providing service for a particular Arise client. Hereinafter, the MSAs and the SOWs, which govern the relationship between Arise and the VSCs, will sometimes be collectively referred to as the "Arise Contracts."

1  6.  Through my duties as Senior Specialist, Contracting, I am familiar with and have personal knowledge of the various business records relating to the Arise Contracts. I have access to all of the executed MSAs and SOWs that are stored on Arise's Business Management System ("BMS") (except for very rare instances where there are technical issues relating to certain VSCs' Arise Contracts (such as "Super VSCs" who employ 15 or more ACPs), and then I need to enlist Arise Information Technology ("IT") to assist with access.). The BMS is an internal technology platform where Arise stores the Arise Contracts.

7.  On October 5, 2010, Arise entered into an MSA with the corporation Cultures International, Inc. ("Cultures International"). (A true and correct copy of this MSA is attached hereto as Exhibit "A.") Plaintiff Sandra Perry ("Perry") signed the MSA as the President of Cultures International, and represented that she was also the principal owner of Cultures International. (*See* Ex. A, pp. 1 & 8.)

8.  The recitals in the MSA that Perry signed for Cultures International explain that "Arise desires to maximize performance by contracting with entities whose principal owners are certified as Arise Certified Professionals, actively involved in the direction of their businesses and the performance of CSR services as employees of the Virtual Services Corporation." (*See* Ex. A, p. 1.)

9.  The MSA that Perry signed for her VSC also contains a forum-selection clause, in all capitalized letters, stating that "ANY ACTION BROUGHT BY ANY OF THE PARTIES HERETO AGAINST ANY OF THE OTHER PARTIES HERETO RELATING TO THIS AGREEMENT SHALL ONLY BE BROUGHT IN BROWARD COUNTY, FLORIDA." (Ex. A, ¶ 9.8.) This clause is the very last paragraph in the MSA executed by Perry, located on the same page as and directly above Perry's signature. (*Id.*)

10. Arise began servicing AT&T in approximately October 2009. Since that time, the MSAs that Arise has entered into with VSCs, including all of those VSCs providing services to Arise's client, AT&T, has contained the exact same mandatory forum selection clause language as the one in the MSA relating to Perry. Specifically, in

2  DECLARATION OF RIA MASON ISO
ARISE'S MOT. TO DISMISS OR TRANSFER
(CASE NO. C 11-01488 SI)

each of these MSAs, this mandatory forum selection clause has also been in all caps, and contained in the last paragraph, directly above the VSC's signature.

11. Arise entered into SOWs with the VSC Cultures International to provide services for AT&T on December 23, 2010, on January 28, 2011 and on May 1, 2011. (True and correct copies of these SOWs are attached hereto as Exhibits "B," "C" and "D" respectively.) Perry signed each of these SOWs on behalf of Cultures International. (Ex. B, p. 6; Ex. C, p. 6; Ex. D, p. 6)

12. Each of these SOWs contains a clause providing that "this SOW shall be incorporated by reference, and become a part of the Arise-Virtual Services Corporation Master Services Agreement (the 'Agreement') effective the Effective Date." (Ex. B, p. 1; Ex. C, p. 1; Ex. D, p. 1.)

13. Each of the MSAs and SOWs is initially drafted and prepared by Arise employees who are located in Miramar, Florida. In particular regarding the SOWs, members of the Contracting Team including myself, update and tailor the SOWs to reflect the client-specific information provided by Arise Client Result Managers ("CRMs"). Arise CRMs are Arise employees who are located in and work out of Arise's office in Miramar, Florida.

14. After the MSAs and SOWs are finalized, I, along with other Arise employees, upload the Arise Contracts to the BMS. The Contracting Team then communicates by e-mail with VSCs regarding the finalization and execution of the Arise Contracts.

15. The Contracting Team is responsible for the termination of a particular MSA or SOW between Arise and a VSC when requested. The Contracting Team communicates with the CRMs regarding the decision to end the contracts, processes the termination of the particular contract in the BMS, and communicates by e-mail notification to the VSC regarding the contract termination. These processes are all performed by Arise's employees in Miramar, Florida.

16. I work out of Arise's principal office in Miramar, Florida. I do not routinely

travel to California for business for Arise. The other members of the Contracting Team familiar with the Arise Contracts relating to Perry and AT&T are all located in Miramar, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2th day of May, 2011, in Miramar, Florida.

Ria Mason

4

DECLARATION OF RIA MASON ISO
ARISE'S MOT. TO DISMISS OR TRANSFER
(CASE NO. 3:11-CV-01488-SI)