IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PERRY, | No. C 11-01488 SI |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION FOR CONTINUANCE OF DEADLINES** |
| v. | |
| AT&T MOBILITY LLC, *et al.*, | |
| Defendants. | |

Plaintiff Sandra Perry has requested a sixty-day continuance of deadlines relating to defendant Arise Virtual Solutions Inc.'s motion to dismiss in order to conduct discovery about the question of the proper forum for this action. That request is DENIED, without prejudice to plaintiff renewing her argument in her opposition to defendant's motion. The Court GRANTS the following continuance of deadlines. Plaintiff's response/opposition is due **July 15, 2011**. Defendant's reply is due **July 22, 2011**. The hearing on defendant's motion remains set for August 12, 2011. (Doc. 39.)

**IT IS SO ORDERED.**

Dated: July 1, 2011

SUSAN ILLSTON
United States District Judge