1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA PERRY, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC, a Delaware Corporation; and ARISE VIRTUAL SOLUTIONS INC., a Delaware Corporation,<br><br>Defendants. | **CASE No.  CV-11-1488 SI**<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE FILING DATES FOR OPPOSITION AND REPLY REGARDING DEFENDANT'S MOTION TO DISMISS, [DOC. NO. 21] |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   The Court, having reviewed the parties' Stipulation to Continue Filing Dates
2   for Opposition and Reply Regarding Defendant's Motion to Dismiss, and good
3   cause appearing, hereby GRANTS this stipulation and ORDERS as follows:
4   The briefing schedule for the Defendants' Motion to Dismiss shall proceed as
5   follows: (a) Plaintiff's opposition to the Motion to Dismiss shall be filed on or
6   before July 1, 2011; and, (b) Defendants' reply to Plaintiff's opposition shall be
7   filed on or before July 15, 2011.

**IT IS SO ORDERED**

Dated:   June 29, 2011

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE