CHRIS A. HOLLINGER  (S.B. #147637)
chollinger@omm.com
SARAH A. STOFFERAHN (S.B. #241827)
sstofferahn@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendant,
ARISE VIRTUAL SOLUTIONS INC.

DOUGLAS E. DEXTER (State Bar No. 115868)
ddexter@fbm.com
DIEGO ACEVEDO (State Bar No. 244693)
dacevedo@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
AT&T MOBILITY, LLC

NORMAN B. BLUMENTHAL (S.B. #068687)
norm@bamlawlj.com
KYLE R. NORDREHAUG (S.B. #205975)
kyle@bamlawlj.com
APARAJIT BHOWMIK (S.B. #248066)
aj@bamlawlj.com
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff
SANDRA PERRY

1    **UNITED STATES DISTRICT COURT**

2    **NORTHERN DISTRICT OF CALIFORNIA**

3    **SAN FRANCISCO DIVISION**

4    SANDRA PERRY, individually, and on          Case No. C 11-01488 SI
     behalf of all others similarly situated,
5                                                **JOINT STIPULATION AND**
                    Plaintiff,                    **[PROPOSED] ORDER CONTINUING**
6                                                **INITIAL CASE MANAGEMENT**
                    vs.                          **CONFERENCE AND RELATED**
7                                                **DEADLINES**
     AT&T MOBILITY LLC; and ARISE
8    VIRTUAL SOLUTIONS INC.,                     Initial CMC:    July 15, 2011
                                                 Time:           2:30 p.m.
9                   Defendants.                   Judge:          Hon. Susan Illston
                                                 Courtroom:      10, 19th Floor
10

11

12          Plaintiff SANDRA PERRY ("Plaintiff") and Defendants AT&T MOBILITY LLC

13   ("AT&T") and ARISE VIRTUAL SOLUTIONS INC. ("ARISE"), stipulate as follows:

14          **WHEREAS**, the Initial Case Management Conference ("CMC") in this case is

15   currently set for July 15, 2011 at 2:30 p.m., and the Joint CMC Statement is due to be

16   filed 7 days prior, on July 8, 2011;

17          **WHEREAS**, pending is Arise's Motion to Dismiss Plaintiff Sandra Perry's First

18   Amended Complaint for Improper Venue under Fed. R. Civ. P. 12(b)(3), or in the

19   Alternative, to Transfer ("Motion to Dismiss, or Transfer") [Doc. No. 21];

20          **WHEREAS**, Arise has filed a Motion to Continue the Initial CMC and Related

21   Deadlines ("Motion to Continue") [Doc No. 33], until after the issuance of an order by

22   this Court on Arise's pending Motion to Dismiss, or Transfer;

23          **WHEREAS**, Plaintiff subsequently agreed to stipulate to a continuance;

24          **WHEREAS**, there have been no prior continuances of these deadlines; and,

25          **WHEREFORE,** the parties hereby stipulate and agree to the following proposed

26   revised schedule for the initial CMC deadlines in this case (in the event the Court does not

27   grant the Motion to Dismiss, or Transfer), and respectfully request that they be adopted by

28   this Court:

| Initial Case Management Conference

10/7/11 @ 2:30 p.m. | ~~The first Friday that occurs 14 days after the Order on the Motion to Dismiss/Transfer is issued.~~ |
|---|---|
| Joint Case Management Conference

10/1/11 | ~~7 days prior to the above Initial Case Management Conference~~ |

**IT IS SO STIPULATED.**

Dated: June 27, 2011     O'MELVENY & MYERS LLP

             By /s/ Chris A. Hollinger
              Chris A. Hollinger
              Attorneys for Defendant,
              ARISE VIRTUAL SOLUTIONS, INC.

Dated: June 27, 2011     FARELLA BRAUN + MARTELL LLP

             By /s/ Douglas E. Dexter
              Douglas E. Dexter
              Attorneys for Defendant,
              AT&T MOBILITY LLC

Dated: June 27, 2011     BLUMENTHAL, NORDREHAUG & BHOWMIK

             By /s/ Aparajit Bhowmik
              Aparajit Bhowmik
              Attorneys for Plaintiff

**<ins>Attestation</ins>**

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

            Dated: <ins>June 27, 2011</ins>

            /s/  Chris A. Hollinger
            Attorney for Defendant
            Arise Virtual Solutions Inc.

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3    Date: _____

4

5                                   _____

6                                     The Honorable Susan Illston
                                       United States District Court Judge

7                                        Northern District of California

8    SF1:824764.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On June 27, 2011, I served the within documents:

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

| | |
|---|---|
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below. |

| ADDRESSEE | PARTY |
|---|---|
| LAW OFFICES OF MARK A. OSMAN<br>Mark A. Osman, Esq.<br>401 West A Street, 17 Floor<br>San Diego, CA 92101<br>Telephone: (619) 232-8862<br>Facsimile: (619) 231-3480 | Attorneys for Plaintiff<br>SANDRA PERRY |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 27, 2011, at San Francisco, California.

_____
Wendy Benson

SF1:824742.1

1