CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
SARAH A. STOFFERAHN (S.B. #241827)
sstofferahn@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant,
ARISE VIRTUAL SOLUTIONS INC.

DOUGLAS E. DEXTER (State Bar No. 115868)
ddexter@fbm.com
DIEGO ACEVEDO (State Bar No. 244693)
dacevedo@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AT&T MOBILITY, LLC

NORMAN B. BLUMENTHAL (S.B. #068687)
norm@bamlawlj.com
KYLE R. NORDREHAUG (S.B. #205975)
kyle@bamlawlj.com
APARAJIT BHOWMIK (S.B. #248066)
aj@bamlawlj.com
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff
SANDRA PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA PERRY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC; and ARISE VIRTUAL SOLUTIONS INC.,<br><br>Defendants. | Case No. C 11-01488 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Initial CMC: July 15, 2011<br>Time: 2:30 p.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor |

Plaintiff SANDRA PERRY ("Plaintiff") and Defendants AT&T MOBILITY LLC ("AT&T") and ARISE VIRTUAL SOLUTIONS INC. ("ARISE"), stipulate as follows:

**WHEREAS**, the Initial Case Management Conference ("CMC") in this case is currently set for July 15, 2011 at 2:30 p.m., and the Joint CMC Statement is due to be filed 7 days prior, on July 8, 2011;

**WHEREAS**, pending is Arise's Motion to Dismiss Plaintiff Sandra Perry's First Amended Complaint for Improper Venue under Fed. R. Civ. P. 12(b)(3), or in the Alternative, to Transfer ("Motion to Dismiss, or Transfer") [Doc. No. 21];

**WHEREAS**, Arise has filed a Motion to Continue the Initial CMC and Related Deadlines ("Motion to Continue") [Doc No. 33], until after the issuance of an order by this Court on Arise's pending Motion to Dismiss, or Transfer;

**WHEREAS**, Plaintiff subsequently agreed to stipulate to a continuance;

**WHEREAS**, there have been no prior continuances of these deadlines; and,

**WHEREFORE,** the parties hereby stipulate and agree to the following proposed revised schedule for the initial CMC deadlines in this case (in the event the Court does not grant the Motion to Dismiss, or Transfer), and respectfully request that they be adopted by this Court:

| | |
|---|---|
| Initial Case Management Conference<br><br>10/7/11 @ 2:30 p.m. | ~~The first Friday that occurs 14 days after the Order on the Motion to Dismiss/Transfer is issued.~~ |
| Joint Case Management Conference<br>10/1/11 | ~~7 days prior to the above Initial Case Management Conference~~ |

**IT IS SO STIPULATED.**

Dated: June 27, 2011                                   O'MELVENY & MYERS LLP

                                                       By  /s/ Chris A. Hollinger
                                                           Chris A. Hollinger
                                                           Attorneys for Defendant,
                                                           ARISE VIRTUAL SOLUTIONS, INC.

Dated: June 27, 2011                                   FARELLA BRAUN + MARTELL LLP

                                                       By  /s/ Douglas E. Dexter
                                                           Douglas E. Dexter
                                                           Attorneys for Defendant,
                                                           AT&T MOBILITY LLC

Dated: June 27, 2011                                   BLUMENTHAL, NORDREHAUG & BHOWMIK

                                                       By  /s/ Aparajit Bhowmik
                                                           Aparajit Bhowmik
                                                           Attorneys for Plaintiff

**Attestation**

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

                                                       Dated: June 27, 2011

                                                       /s/ Chris A. Hollinger
                                                       Attorney for Defendant
                                                       Arise Virtual Solutions Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: __7/5/11_____

_____
The Honorable Susan Illston
United States District Court Judge
Northern District of California

SF1:824764.2

- 3 -

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On June 27, 2011, I served the within documents:

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

| | |
|---|---|
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below. |

| ADDRESSEE | PARTY |
|---|---|
| LAW OFFICES OF MARK A. OSMAN<br>Mark A. Osman, Esq.<br>401 West A Street, 17 Floor<br>San Diego, CA 92101<br>Telephone: (619) 232-8862<br>Facsimile: (619) 231-3480 | Attorneys for Plaintiff<br>SANDRA PERRY |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 27, 2011, at San Francisco, California.

*Wendy Benson*
Wendy Benson

SF1:824742.1

1

CERTIFICATE OF SERVICE
(CASE NO. C 11-01488 SI)