| | |
|---|---|
| 1 | CHRIS A. HOLLINGER  (S.B. #147637) |
| | chollinger@omm.com |
| 2 | SARAH A. STOFFERAHN (S.B. #241827) |
| | sstofferahn@omm.com |
| 3 | MEGHANN M. HISCOCKS (S.B. # 274766) |
| | mhiscocks@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center |
| 5 | 28th Floor |
| | San Francisco, CA  94111-3823 |
| 6 | Telephone: (415) 984-8700 |
| | Facsimile:  (415) 984-8701 |
| 7 | |
| | Attorneys for Defendant, |
| 8 | ARISE VIRTUAL SOLUTIONS INC. |
| | |
| 9 | DOUGLAS E. DEXTER (State Bar No. 115868) |
| | ddexter@fbm.com |
| 10 | DIEGO ACEVEDO (State Bar No. 244693) |
| | dacevedo@fbm.com |
| 11 | FARELLA BRAUN + MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 12 | San Francisco, CA  94104 |
| | Telephone:  (415) 954-4400 |
| 13 | Facsimile:  (415) 954-4480 |
| | |
| 14 | Attorneys for Defendant |
| | AT&T MOBILITY, LLC |
| 15 | |
| | NORMAN B. BLUMENTHAL (S.B. #068687) |
| 16 | norm@bamlawlj.com |
| | KYLE R. NORDREHAUG (S.B. #205975) |
| 17 | kyle@bamlawlj.com |
| | APARAJIT BHOWMIK (S.B. #248066) |
| 18 | aj@bamlawlj.com |
| | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 19 | 2255 Calle Clara |
| | La Jolla, CA 92037 |
| 20 | Telephone: (858) 551-1223 |
| | Facsimile: (858) 551-1232 |
| 21 | |
| | Attorneys for Plaintiff |
| 22 | SANDRA PERRY |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA PERRY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC; and ARISE VIRTUAL SOLUTIONS INC.,<br><br>Defendants. | Case No. C 11-01488 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Initial CMC: October 7, 2011<br>Time: 2:30 p.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor |

Plaintiff Sandra Perry ("Plaintiff"), and Defendants AT&T Mobility LLC ("AT&T") and Arise Virtual Solutions Inc. ("Arise") (hereafter, collectively, "Defendants"), stipulate as follows:

**WHEREAS**, the Initial Case Management Conference ("CMC") in this case is currently set for October 7, 2011 at 2:30 p.m., and the Joint CMC Statement is due to be filed 7 days prior, on September 30, 2011;

**WHEREAS**, the parties have agreed to use the Early Neutral Evaluation ("ENE") Session, scheduled for October 27, 2011 before the appointed Evaluator, Thomas Gosselin, as an all-day mediation-type session to conduct early settlement discussions, and if the case settles, a CMC may not be necessary;

**WHEREFORE,** the above constituting good cause, the parties hereby stipulate and agree to the following proposed revised schedule for the initial CMC deadlines in this case and respectfully request that they be adopted by this Court:

    Initial CMC:                            November 18, 2011 @ 2:30 p.m.

    Joint CMC Statement due:      November 11, 2011

**IT IS SO STIPULATED.**

Dated: September 26, 2011                    O'MELVENY & MYERS LLP

                                                            By  /s/ Chris A. Hollinger
                                                               Chris A. Hollinger
                                                               Attorneys for Defendant,
                                                               ARISE VIRTUAL SOLUTIONS INC.

Dated: September 26, 2011                    FARELLA BRAUN + MARTELL LLP

                                                            By  /s/ Douglas E. Dexter
                                                               Douglas E. Dexter
                                                               Attorneys for Defendant,
                                                               AT&T MOBILITY LLC

Dated: September 26, 2011                    BLUMENTHAL, NORDREHAUG & BHOWMIK

                                                            By  /s/ Aparajit Bhowmik
                                                               Aparajit Bhowmik
                                                               Attorneys for Plaintiff

## Attestation

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

                                                                       Dated: September 26, 2011

                                                                       /s/  Chris A. Hollinger
                                                                       Attorney for Defendant
                                                                       Arise Virtual Solutions Inc.

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3 | Date: ___9/27/11_____

_____
The Honorable Susan Illston
United States District Court Judge
Northern District of California