UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PERRY, an individual, on behalf of herself and all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC and ARISE VIRTUAL SOLUTIONS INC.,<br><br>    Defendants. | Case No.: 11-cv-01488-YGR<br><br>**ORDER REGARDING HEARING DATE FOR MOTION FOR CLASS CERTIFICATION AND RELATED DATES** |

On January 27, 2012, the parties filed a Joint Case Management Conference Statement. Dkt. No. 74. In that Statement, the parties requested a November 20, 2012 hearing date for Plaintiff's Motion for Class Certification, or a date close in time as convenient for the Court. The Court re-sets this hearing date for November 13, 2012 at 2:00 p.m. The Court sets the following additional dates:

| | |
|---|---|
| **Plaintiff's Motion for Class Certification:** | November 13, 2012 |
| **Cut-off for Discovery of Plaintiff's Experts in Support of Class Certification:** | September 11, 2012 |
| **Defendants' Opposition to Class Certification:** | September 26, 2012 |
| **Plaintiff's Reply in Support of Class Certification:** | October 22, 2012 |
| **Further Case Management Conference:** | November 26, 2012 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**