1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

14
15

SANDRA PERRY, individually, and on behalf of all persons similarly situated,

Case No. **3:11-cv-01488 -YGR**
(Class Action)

16
17

Plaintiff,

vs.

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

18
19

AT&T MOBILITY LLC, a Delaware Corporation and ARISE VIRTUAL SOLUTIONS INC., a Delaware Corporation

20

Judge:     Hon. Yvonne Gonzalez Rogers

21
22

Defendants.

23
24
25
26
27
28

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a Second
2 Amended Complaint.
3  Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, Plaintiff
4 shall have leave to file the Second Amended Complaint and Defendant shall have thirty (30) days
5 from the date of this Order to file a responsive pleading.
6  All dates in Dkt. No. 76 remain in effect, except that the deadline for the Motion for Class
7 Certification date should have stated July 13, 2012.  The hearing for that motion will remain on
8 November 13, 2012.

10 **IT IS SO ORDERED.**

11 DATED: April 6, 2012
12                                                          _____
                                                            Yvonne Gonzalez Rogers
13                                                          United States District Court Judge