**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
email: norm@bamlawlj.com
Kyle R. Nordrehaug (State Bar #205975)
email: kyle@bamlawlj.com
Aparajit Bhowmik (State Bar #248066)
email: aj@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff SANDRA PERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PERRY and ARMAKIA MARINER-REED, as individuals, and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC, a Delaware Corporation; and ARISE VIRTUAL SOLUTIONS INC., a Delaware Corporation,<br><br>        Defendants. | **CASE No.  CV-11-1488 YGR**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DEFENDANT AT&T MOBILITY LLC WITHOUT PREJUDICE** |

1  The Court has reviewed the Parties' Stipulation To Dismiss Defendant AT&T Mobility LLC Without Prejudice.

Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, the claims asserted in Plaintiffs' Second Amended Complaint against Defendant AT&T MOBILITY LLC are dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) pursuant to the Memorandum of Understanding, and the Clerk shall adjust the Court's records to reflect that the new caption for this case is *Sandra Perry, et al v. Arise Virtual Solutions Inc*.

This Order terminates Dkt. No. 84.

**IT IS SO ORDERED.**

DATED: June 12, 2012

_____
HONORABLE Yvonne Gonzalez Rogers
United States District Judge