**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
email: norm@bamlawlj.com
Kyle R. Nordrehaug (State Bar #205975)
email: kyle@bamlawlj.com
Aparajit Bhowmik (State Bar #248066)
email: aj@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PERRY and ARMAKIA MARINER-REED, as individuals, and on behalf of all persons similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>ARISE VIRTUAL SOLUTIONS INC., a Delaware Corporation,<br><br>          Defendant. | **CASE No. CV-11-1488 YGR**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT (AS MODIFIED BY THE COURT)** |

1

BLUMENTHAL,
NORDREHAUG &
BHOWMIK
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING STIPULATION FOR PLAINTIFFS TO FILE
THIRD AMENDED COMPLAINT

Case No. 11-1488

The Court has reviewed the Parties' Stipulation For Leave For Plaintiffs to File a Third Amended Complaint.

Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, Plaintiffs may file a Third Amended Complaint, a copy of which is attached to the Stipulation as <u>Exhibit #1</u>. Upon entry of the Court's Order permitting the filing of the Third Amended Complaint, the Third Amended Complaint shall be deemed filed and served, but <u>Plaintiffs must file the Third Amended Complaint as a separate document in ECF</u>. Defendant Arise Virtual Solutions Inc.'s response to the Third Amended Complaint shall be due seven Court days thereafter.

**IT IS SO ORDERED.**

DATED: July 10, 2012  _____
HONORABLE Yvonne Gonzalez Rogers
United States District Judge